JS-6

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

9

10 JUAN CARLOS CARDENAS,                    )    NO. CV 16-05692-VBF (AS)
                                          )
11                   Petitioner,          )
                                          )
12            v.                          )         **JUDGMENT**
                                          )
13 JOE A. LIZZARAGA, Warden,              )
                                          )
14                                        )
                   Respondent.            )
15                                        )
                                          )
16 _____       )

17        Pursuant to the Order Accepting Findings, Conclusions and

18 Recommendations of United States Magistrate Judge, **final judgment is**

19 **hereby entered in favor of the respondent and against petitioner Juan**

20 **Carlos Cardenas.**

21

22 Dated: September 21, 2017

23                                         _____

24                                              VALERIE BAKER FAIRBANK
                                            UNITED STATES DISTRICT JUDGE
25

26

27

28